UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| THOMAS E. KATIS, | ) | CASE NO.   2:15-mc-00029-GEB-DAD |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| CHAMTECH ENTERPRISES, INC., a Utah corporation, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff's APPLICATION FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER filed March 26, 2015, (ECF No. 4), is granted.

Legalese Attorney Service is authorized to serve the writ of execution and levy execution in this matter in compliance with California Code of Civil Procedure sections 699.080 and 715.040.

**Dated:   April 27, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge